E-filing

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs MARSHALL LOSKOT
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

**FILED**

JUL 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT
9
10             NORTHERN DISTRICT OF CALIFORNIA

11  MARSHALL LOSKOT, an individual; and  )  **CASE NO. C04-4656 MJJ**
    DISABILITY RIGHTS ENFORCEMENT,       )
12  EDUCATION, SERVICES:HELPING          )  **STIPULATION OF DISMISSAL AND**
    YOU HELP OTHERS, a California public )  [PROPOSED] **ORDER THEREON**
13  benefit corporation,                 )
                                         )
14        Plaintiffs,                    )
                                         )
15  v.                                   )
                                         )
16  WASHINGTON SQUARE BAR &              )
    GRILL; GLADYS ANN CALLAN; and        )
17  COBALT LLC., a California limited    )
    liability company dba WASHINGTON     )
18  SQUARE BAR & GRILL,                  )
                                         )
19        Defendants.                    )
    _____)
20

21     The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

23  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its

24  own costs and attorneys' fees. The parties further consent to and request that the Court retain

25  jurisdiction over enforcement of the Agreement. See Kokonen v. Guardian Life Ins. Co., 511

26  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27  settlement agreements).

28  ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                        1

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 18, 2005

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Jennifer L. Steneberg
Attorney for Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: July 18, 2005

BUCHALTER, NEMER, FIELDS & YOUNGER

By: _____/s/_____
Richard C. Darwin
Attorneys for Defendants WASHINGTON SQUARE BAR & GRILL; GLADYS ANN CALLAN; and COBALT, LLC.

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __7/21__, 2005

Hon. Martin J. Jenkins
UNITED STATE DISTRICT JUDGE